IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH, including the UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION (SITLA), an agency of the State of Utah,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEB HAALAND, in her official capacity as SECRETARY OF THE INTERIOR; the DEPARTMENT OF THE INTERIOR, an agency of the United States of America; TRACY STONE-MANNING, in her official capacity as DIRECTOR OF THE BUREAU OF LAND MANAGEMENT; and the BUREAU OF LAND MANAGEMENT, an agency of the United States of America,<br><br>　　　　　　Defendants,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　　　Proposed Intervenor Defendants. | ORDER ON PROPOSED INTERVENOR'S MOTION TO INTERVENE<br><br><br>Case No. 4:24-cv-00046-PK<br><br><br>Magistrate Judge Paul Kohler |

　　　This matter is before the Court on a Motion to Intervene filed by Southern Utah Wilderness Alliance ("SUWA"). No response to the Motion has been filed and the time to do so has expired.[1]

　　　Under Fed. R. Civ. P. 24(a)(2), a district court "must" permit any party to intervene if the four elements of mandatory intervention are met: (1) the motion is timely, (2) the proposed

---

[1] DUCivR 7-1(a)(4)(D)(ii).

1

intervenor "claims an interest relating to the property or transaction that is the subject of the action," (3) the proposed intervenor's interest would be impaired or impeded if they were not allowed to intervene, and (4) existing parties do not adequately represent that interest.[2] Considering these factors, the Court determines that intervention is warranted. It is therefore

ORDERED that SUWA's Motion to Intervene (Docket No. 18) is GRANTED.

DATED this 24th day of June, 2024.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[2] *Kane Cnty. v. United States*, 928 F.3d 877, 890 (10th Cir. 2019)